UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEPIANE, et al.,<br><br>                      Plaintiffs,<br>v.<br>UTZ QUALITY FOODS, LLC,<br><br>                      Defendant. | Case No.: 18cv2659-LAB (MDD)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss this action (Docket no. 21) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), claims by the named Plaintiffs are **DISMISSED WITH PREJUDICE** and putative class claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: May 10, 2019

*[signature]*

Hon. Larry Alan Burns
Chief United States District Judge